AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

United States of America )
v. )
Isai RAMIREZ )  Case No.
Jesse RODRIGUEZ )
) MO:13-MJ-027 (1,2)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 15, 2013  in the county of  Ector  in the Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2 | Aiding and Abetting |
| 21 U.S.C. 841 | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

See attached.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Stephen D. Johnson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/17/13

_____
*Judge's signature*

City and state: Midland, Texas

David Counts, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Stephen D. Johnson, having been duly sworn, depose and state: I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the Midland, Texas, Resident Office. As a DEA Special Agent, I am empowered by Title 21, Section 878 of the United States Code to effect arrests, searches, and seizures for violations of the federal narcotics laws. I have been a Special Agent of the DEA since December of 2009, during which time I have specialized in investigations involving narcotics trafficking. I have received specialized training on the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, distribution and importation of controlled substances, as well as methods used to finance drug transactions.

I am familiar with the facts and circumstances of this investigation as a result of my participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, including Special Agents of the DEA and other State and Local law enforcement agencies. Based on my training, experience and on my participation in this investigation, I know the following:

Based upon the following facts, I believe that probable cause exists to show that Isai RAMIREZ and Jesse RODRIGUEZ aided and abetted by one another in violation of 18 U.S.C. 2 did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine in violation of 21 U.S.C. 841. Additionally, this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every known fact regarding the instant investigation. More specifically, your Affiant has set forth only pertinent facts that your Affiant believes are necessary to establish probable cause.

1. On January 15, 2012 the Drug Enforcement Administration (DEA) Midland Resident Office (MRO) completed a search warrant at 2349 McCormick in Odessa, TX based on information that methamphetamine was being held there. The residence was the known property of Isai RAMIREZ and it was believed that RAMIREZ was holding methamphetamine for Jesse RODRIGUEZ.

1

2. During the search warrant Isai RAMIREZ was found on the property along with a quantity of methamphetamine in his possession and detained. Jesse RODRIGUEZ was found at an alternate residence and also detained.
3. RAMIREZ and RODRIGUEZ were read their Miranda Warnings and then both men confirmed the information that was initially received. RAMIREZ stated he was holding the methamphetamine for RODRIGUEZ and RODRIGUEZ stated that he was the owner of the methamphetamine.

Based on these facts, your Affiant believes that probable cause exists to show that Isai RAMIREZ and Jesse RODRIGUEZ aided and abetted by one another in violation of 18 U.S.C. 2 did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine in violation of 21 U.S.C. 841.

Stephen D. Johnson
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED to before me on this 17th day of January, 2013.

David Counts
United States Magistrate Judge