AO 470 (12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

**FILED**
JAN 1 7 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____CAT_____
DEPUTY CLERK

| | |
|---|---|
| United States of America § | ORDER OF TEMPORARY DETENTION |
| § | PENDING HEARING PURSUANT TO |
| vs. § | BAIL REFORM ACT |
| § | |
| (2) Jesse Rodriguez § | Case Number: MO:13-M -00027(2) |
| *Defendant* | |

Upon Motion of the GOVERNMENT, it is ORDERED that a **DETENTION HEARING** is set for: _January 23, 2013_ * at _10:00 AM_

before U.S. MAGISTRATE JUDGE    __DAVID COUNTS__
                                  *Name of Judicial Officer*

in the  __Midland Magistrate Courtroom, 200 E. Wall, MIDLAND-ODESSA, Texas__
          *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

_____( )_____ and produced for the hearing.
       *Other Custodial Official*

_January 17, 2013_
       *Date*

__/s/ David Counts__
DAVID COUNTS
U.S. MAGISTRATE JUDGE

---

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or attempt to threaten, injure, or intimidate a prospective witness or juror.