# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
SEP 2 3 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States of America
v.
JESSE UBALDO RODRIGUEZ

Case No: 7:13-CR-050 (01)
USM No: 10012-380

Date of Original Judgment: 08/29/2013
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)

Ray Velarde
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **210** months **is reduced to** **168 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **08/29/2013** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9-23-15

Effective Date: 11/03/2015
*(if different from order date)*

_____
*Judge's signature*

Robert Junell, Sr. United States District Judge
*Printed name and title*